**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: DUPIXENT (DUPILUMAB) PRODUCTS LIABILITY LITIGATION** **MDL No. 3180**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −3)**

On June 4, 2026, the Panel transferred 14 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 3180, ECF No. 47 (J.P.M.L. 2026). Since that time, 8 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Zahid N. Quraishi.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Quraishi.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 4, 2026, and, with the consent of that court, assigned to the Honorable Zahid N. Quraishi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 30, 2026

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jessica D. Birnbaum

Jessica D. Birnbaum
Clerk of the Panel

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**TRUE AND CERTIFIED COPY**
**Jaweia Campbell**
**12:42 pm, Jul 06 2026**

**IN RE: DUPIXENT (DUPILUMAB) PRODUCTS LIABILITY LITIGATION**

MDL No. 3180

**SCHEDULE CTO−3 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| DELAWARE | | | |
| DE | 1 | 26−00577 | Filpi v. Regeneron Pharmaceuticals, Inc. |